**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(NORFOLK DIVISION)**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>Defendant. | No. 2:23-cv-110 |

**PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 60(b) MOTION TO MODIFY**
**JUDGMENT**

COMES NOW, Portfolio Recovery Associates, LLC ("Defendant" or "PRA"), by and through undersigned counsel, and moves to modify this Court's stipulated final judgment and order (the "Order") to provide for termination of the judgment as satisfied, or in the alternative to modify specific provisions of the judgment.  In support of this Motion, PRA refers this Court to its Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of this Motion, PRA respectfully requests the Court grant its Rule 60(b) Motion to Modify Judgment.

1

Dated: March 11, 2026                    Respectfully submitted,

**Portfolio Recovery Associates, LLC**
*By Counsel*

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Fax: (757) 640-3701
bhatch@mcguirewoods.com

*Counsel for Defendant Portfolio Recovery
Associates, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of March, 2026, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

> */s/ Benjamin L. Hatch*
> Benjamin L. Hatch (VSB No. 70116)
> MCGUIREWOODS LLP
> World Trade Center
> 101 West Main Street, Suite 9000
> Norfolk, VA 23510
> Telephone: (757) 640-3700
> Fax: (757) 640-3701
> bhatch@mcguirewoods.com

3